454 A.2d 170

North Side Bank v. Desolvo Co., Appellants.

Argued October 12, 1982. Michael W. Zurat, submitted a brief on behalf of appellants; Samuel P. Kamin, for appellees.

Before CERCONE, P.J., WIEAND and BECK, JJ.

Order affirmed.

454 A.2d 170

Stachorsky v. Walen, Appellant.

Argued May 12, 1981. Keith L. Kilgore, for appellant; Stanley W. Katz, for appellees.

Before MONTEMURO, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.